United States District Court
Southern District of Texas
**ENTERED**
March 18, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| REBECCA LIVOTI,<br>　　　　Plaintiff, | § § § | |
| vs. | § § § | |
| ANTHONY LIVOTI, PETER CAMMARANO AND CHAPELWOOD UNITED METHODIST CHURCH, LAKE JACKSON, TX.,<br>　　　　Defendants. | § § § § § § § | CIVIL ACTION NO. 3:21-cv-29 |

## STIPULATED ORDER TO REMAND TO STATE COURT

THIS MATTER having come before the Court upon Plaintiff's, Rebecca Livoti's, Unopposed Motion for Stipulated Order of Remand to State Court, and the Parties' stipulation that this case be remanded back to State court based upon Plaintiff's agreement to amend her state court petition to remove any reference to the Fair Labor Standards Act or FLSA or any other federal law in accordance with Exhibit A attached to Plaintiff's Motion, and the Court being fully advised,

FINDS that Plaintiff has agreed to amend her State court Petition, removing any reference to the Fair Labor Standards Act or the FLSA or any other federal law in accordance with Exhibit A.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this suit is REMANDED back to the 149th Judicial District Court of Brazoria County, Texas for further proceedings;

ITS IS FURTHER ORDERED, ADJUDGED AND DECREED that within ten (10) business days of the signing of this ORDER or the delivery of a certified copy of the signed ORDER to the state court clerk, whichever is later, Plaintiff shall amend her petition in the 149th Judicial District Court of Brazoria County, Texas, removing any reference to the Fair Labor Standards Act or FLSA or any other federal law in accordance with Exhibit A;

ITS IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event Plaintiff fails to amend her petition in accordance with this ORDER or thereafter files any amended pleading that renders this suit removable, this ORDER will not prejudice Defendants' right to removal.

NOTHING FURTHER IS ORDERED.        March 18, 2021

_____
PRESIDING JUDGE

Respectfully Submitted,

By: /s/ Robert A. Whitley
    Robert A. Whitley
    Texas Bar No. 24056522
    SD No. 989230
    12621 Featherwood Dr., Suite 282
    HOUSTON, TX 77034
    Tel. (281) 741-5225
    Fax. (281) 741-9549
    E-Mail: robert@whitlegal.com
    Attorney for Plaintiff

By: /s/ David LS. Miller (with permission)
    David L. Miller
    Attorney-in-Charge
    SBN: 14067300
    Federal I.D. #8833
    Miller, Scamardi & Carrabba, P.C.
    6525 Washington Avenue
    Houston, Texas 77007-2112
    TEL: (713) 861-3595
    FAX: (713) 861-3596
    dmiller@msc-lawyer.com
    e-service@msc-lawyer.com

**ATTORNEYS FOR DEFENDANTS, ANTHONY LIVOTI, PETER CAMMARANO, AND CHAPELWOOD UNITED METHODIST CHURCH**

OF COUNSEL:
Diane F. Burgess
SBN: 24036594
Federal I.D. #34380
Miller, Scamardi & Carrabba, P.C.
6525 Washington Avenue
Houston, Texas 77007
TEL: (713) 861-3595
FAX: (713) 861-3596
dburgess@msc-lawyer.com

3